# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Andrew Stephen Williams, | Case No. 24-CV-2548 (NEB/DJF) |
| Petitioner, | |
| v. | ORDER ACCEPTING REPORT AND RECOMMENDATION |
| State of Minnesota, Second Judicial District Court/Ramsey County District Court/Probate Division-Civil Commitment; and Keith Ellison, Attorney General, | |
| Respondents. | |

The Court has received the August 8, 2024 Report and Recommendation of United States Magistrate Judge Dulce J. Foster. (ECF No. 14.) No party has objected to that Report and Recommendation, and the Court therefore reviews it for clear error. *See* Fed. R. Civ. P. 72(b); *Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996) (per curiam). Finding no clear error, and based upon all the files, records, and proceedings in the above-captioned matter, IT IS HEREBY ORDERED THAT:

1. The Report and Recommendation (ECF No. 14) is ACCEPTED;

2. The Petition for Writ of Prohibition (ECF No. 1) is DENIED;

3. The action is DISMISSED WITHOUT PREJUDICE;

4. Petitioner's application to proceed *in forma pauperis* (ECF No. 2) is DENIED AS MOOT;

5. Respondent Ellison's Motion to Dismiss (ECF No. 9) is DENIED AS MOOT; and

6. It is certified that any appeal taken from the dismissal of this matter would not be taken in good faith. *See* 28 U.S.C. § 1915(a)(3).

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: October 3, 2024                    BY THE COURT:

                                          s/Nancy E. Brasel
                                          Nancy E. Brasel
                                          United States District Judge